**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brooke Balch
   c/o U.S. Space & Rocket Center
   One Tranquility Base
   Huntsville, Alabama 35805

   14-699 sm/gp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name): Samuel Thomas
C. Date of Delivery: 8.1.14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [stamp: DEBRA P. HACKETT, U.S. DISTRICT, MIDDLE DIST, 2014 AUG -4, RECEIVED]

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0000 8399 2711

PS Form 3811, July 2013        Domestic Return Receipt