IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JANICE INGALLS, MILTON PARKER, and KAMARA BOWLING DAVIS, et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CIVIL ACTION NO.:** **2:14-cv-699-MEF** |
| **U.S. SPACE AND ROCKET CENTER; THE SPACE SCIENCE EXHIBIT COMMISSION; DEBORAH E. BARNHART; BROOKE BALCH; VICKIE HENDERSON,** ) ) ) ) ) ) | |
| **Defendant.** ) | |

## DEFENDANT ALABAMA SPACE SCIENCE EXHIBIT COMMISSION'S CONFLICT DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants U.S. Space and Rocket Center and The Space Science Exhibit Commission[1] (collectively, "USSRC") make this Conflict Disclosure Statement.

USSRC discloses that it is a statutory Commission of the State of Alabama. The general nature of the Alabama Space Science Exhibit Commission is to provide facilities, exhibits, and educational programs related to space exploration.

Respectfully submitted,

---

[1] It should be noted that the "U.S. Space and Rocket Center" and "The Space Science Exhibit Commission" are not legal entities capable of being sued, which will be addressed in the subsequent responsive pleading to be filed in this action on behalf of these putative parties.

02992482.1

/s/ *Matthew W. Stiles*
Matthew Stiles (ASB-2429-E63S)
William R. Lunsford (ASB-4265-L72L)
*Attorneys for Defendant, Alabama Space Science Exhibit Commission*

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 6th Ave. N.
Suite 2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000
mstiles@maynardcooper.com
blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 19th day of August 2014, by electronically filing the same with the CM/ECF system, which will send electronic notice of same to the following:

R. Brent Irby
McCallum, Hoagland, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205) 824-7767

Eric J. Artrip
Mastando & Artrip, LLC
301 Washington Street
Suite 302
Huntsville, Alabama 35801
Telephone:  (256) 532-2222

OF COUNSEL

02992482.1                                    2

/s/ *Matthew W. Stiles*

02992482.1                                    3