IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE INGALLS, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-0699-WKW |
| | ) |
| U.S. SPACE AND ROCKET CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #20) filed on September 23, 2014, it is hereby ORDERED as follows:

1. The plaintiffs shall file a response which shall include a brief and any evidentiary materials on or before October 10, 2014.

2. The defendants may file a reply brief on or before October 17, 2014.

DONE this the 24th day of September, 2014.

                                                    /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE