IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE INGALLS, *et al*., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:14-CV-699-WKW |
| U.S. SPACE AND ROCKET CENTER, *et al*., | ) ) ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE that judgment is ENTERED in favor of Defendants U.S. Space and Rocket Center, The Space Science Exhibit Commission, Deborah E. Barnhart, Brooke Balch, and Vickie Henderson and against Plaintiffs on all Plaintiffs' federal-law claims and supplemental jurisdiction is declined as to Plaintiffs' state-law claims.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE